1  DAVID A. LERMAN (#153633)
   LAW OFFICES OF DAVID A. LERMAN
2  2140 Shattuck Avenue, Suite 1201
   Berkeley, CA 94704
3  (510) 665-8500

4  Attorneys for Plaintiff
   MICHAEL BYRNS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BYRNS, | Case No. C-05-05405 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO STATE COURT** |
| v. | |
| EARTHLINK, INC., and, DOES 1-10, inclusive, | Hon. Jeffrey S. White |
| Defendants. | |

PLAINTIFF MICHAEL BYRNS and DEFENDANT EARTHLINK, INC. hereby submit the following STIPULATION TO REMAND TO STATE COURT as follows:

1. The parties to the action stipulate that PeoplePC, Inc. is a proper additional Defendant in the case, and that PeoplePC, Inc.'s principal place of business in California.

2. Plaintiff may file an amended complaint that will expressly name PeoplePC, Inc. as an additional defendant within 30 days of the Court's approval of the proposed order.

3. The action will then be remanded to state court due to lack of diversity jurisdiction. Defendant PeoplePC, Inc. will have 20 days after remand in which to file an answer.

Dated: August 22, 2006

/s/
DAVID A. LERMAN
LAW OFFICES OF DAVID A. LERMAN
Attorney for Plaintiff

**STIPULATION AND ORDER TO REMAND CASE TO STATE COURT**     1.     **CASE NO. C-05-05405 JSW**

1 | Dated: August 22, 2006

/s/
MICHAEL HOFFMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
EARTHLINK, INC.

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: ___August 23, 2006_____   _____/s/ Jeffrey S. White_____
HONORABLE JEFFREY S. WHITE

Firmwide:81414196.1 045578.1006

**STIPULATION AND ORDER TO
REMAND CASE TO STATE COURT**   2.   **CASE NO. C-05-05405 JSW**